UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. |
| ) | **'08 MJ 1895** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| **Alejandro MEDINA-Horta** ) | Bringing in Illegal Aliens Without |
| ) | Presentation |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about June 19, 2008, within the Southern District of California, defendant **Alejandro MEDINA-Horta** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Alberto MORALES-Cortes,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Audeene D. Ott
Special Agent, FBI

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20** DAY OF **June 2008**

NITA L. STORMES
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Alejandro MEDINA-Horta

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that **Alberto MORALES-Cortes is a** citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 19, 2008 at approximately 7:00 a.m., Senior Border Patrol Agent L. Rivera was working in a plain clothes capacity and conducting surveillance on a suspected load house located in San Diego, California. Agent Rivera observed a suspected foot guide and a suspected illegal alien leave the load house. Both individuals were followed to a trolley stop located at the intersection of Commercial Street and 32nd Street in San Diego, California. Agent Rivera requested the presence of uniformed agents to conduct a field interview of both subjects. At 7:50 a.m., Border Patrol Agents J. Chouinard and M. Denning responded to Agent Rivera's request. The agents approached two individuals matching the description provided by Agent Rivera and engaged them in a consensual conversation. The agents were in full Border Patrol uniform and identified themselves as Border Patrol Agents. The first individual, identified as Alberto MORALES-Cortes, was questioned about his immigration status. MORALES-Cortes produced a United Stated Passport bearing the name Sergio Antonio PAEZ. Agent Rivera approached the scene and determined the United States Passport bearing the name Sergio Antonio PAEZ was an imposter document and that the photo on the passport was not that of MORALES-Cortes. When questioned regarding the imposter document, MORALES-Cortes confirmed that it was not his passport and that he had used it to illegally enter the United States. The second individual was later identified as the defendant **Alejandro MEDINA-Horta**. MEDINA-Horta was questioned regarding his immigration status and produced a legal permanent resident card bearing the name Alejandro MEDINA-Horta. Suspecting MEDINA-Horta was involved in the smuggling of MORALES-Cortes into the United States, MEDINA-Horta was placed under arrest for suspicion of alien smuggling. At approximately 8:10 a.m., the foot guide, MEDINA-Horta and the material witness, MORALES-Cortes, were taken into custody by Border Patrol Agents and transported to the Chula Vista Border Patrol Station for processing.

## DEFENDANT STATEMENT: Alejandro MEDINA-Horta

The defendant was advised of his Miranda Rights. He stated that he understood his rights and was willing to answer any questions without a lawyer present. The defendant admitted to being a smuggler for the material witness, Alberto MORALES-Cortes, smuggling him with an imposter document into the United States. He admitted to working for a smuggler based in Tijuana, Baja California, Mexico. He admitted to getting $200-$300 per person. He admits to his previous arrest for alien smuggling.

## MATERIAL WITNESSES STATEMENTS:

Material witness Alberto MORALES-Cortes stated that he is a citizen of Mexico illegally present in the United States without proper immigration documents allowing him to be in the United States legally. Alberto MORALES-Cortes stated that he paid $1000 to be smuggled into the United States. The material witness stated he was given an impostor United States Passport under the name of Sergio Antonio PAEZ which he presented at the pedestrian lanes of the San Ysidro Port of Entry to enter. The material witness was shown a photographic lineup and was able to identify Alejandro MEDINA-Horta as the smuggler who guided him into the United States.