UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08MJ1895 |
| Plaintiff ) | CRIMINAL NO. 08CR2394-W |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| ALEJANDRO MEDINA-HORTA ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/(Magistrate Judge,) **Louisa S. Porter**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

ALBERTO MORALES-CORTES

DATED: 8/19/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk
B. LLOYD

RECEIVED 2008 AUG 19 P 4:15 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA